```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  25 Kearny Street, Suite 302
    San Francisco, CA 94108
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Defendants
 5  and Appellants
    George Q. Chen, Cynthia Wong
 6

 7

 8

 9

10                    UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

12  In re                          )  Case No. CV-10-00146-JSW
                                   )
13  George Q. Chen,                )
                                   )
14          Debtor.                )
    _____)
15                                 )
    E. Lynn Schoenmann, as Trustee )  Bankruptcy Court
16  of the Chapter 7 Estate of     )  Adversary No. 07-03108
    George Q. Chen,                )
17                                 )
            Plaintiff and Appellee,)
18                                 )
              v.                   )
19                                 )  STIPULATED BRIEFING SCHEDULE
    George Q. Chen, Cynthia Wong,  )  AND ORDER THEREON
20                                 )
            Defendants and Appellants.)
21  _____)

22        Appellants George Q. Chen and Cynthia Wong and Appellee E.

23  Lynn Schoenmann, as Trustee of the Chapter 7 Estate of George Q.

24  Chen, by and through their counsel of record, hereby stipulate as

25  follows.

26        The Bankruptcy Court clerk's Certificate of Readiness having

27  been filed on April 8, 2010, the parties agree that:

28        1.   Appellants' opening brief will be filed and served on or
```

STIPULATED BRIEFING SCHEDULE AND ORDER THEREON                              1

```
 1  before May 17, 2010.
 2       2.  Appellee's brief will be filed on or before June 14,
 3  2010.
 4       3.  Appellants' reply brief will be filed on or before June
 5  28, 2010.
 6       4.  This stipulation is without prejudice to either side's
 7  right to seek further extensions for good cause shown.
 8
 9  Dated:   4/16/2010            /s/ John Chu
                                  Corporate Counsel Law Group, LLP
10                                By: John Chu
                                  Attorneys For Appellants
11
12  Dated:   4/15/2010            /s/ Michele Thompson
                                  Meyers Law Group, P.C.
13                                By: Michele Thompson
                                  Attorneys For Appellee
14
15
16       I hereby attest that I have on file all holograph signatures
17  for any signatures indicated by a "conformed" signature (/S/)
18  within this efiled document.
19
20
    Dated:   4/16/2010            /s/ John Chu
21                                John Chu
```

STIPULATED BRIEFING SCHEDULE AND ORDER THEREON                    2

ORDER

The parties have so stipulated, the briefing schedule set forth in their stipulation is hereby adopted as an order of this Court.

Dated: April 19, 2010

_____
Jeffrey S. White
United States District Judge