```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  25 Kearny Street, Suite 302
    San Francisco, CA 94108
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Defendants
 5  and Appellants
    George Q. Chen, Cynthia Wong
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. CV-10-00146-JSW |
| George Q. Chen, | |
|     Debtor. | |
| E. Lynn Schoenmann, as Trustee of the Chapter 7 Estate of George Q. Chen, | Bankruptcy Court<br>Adversary No. 07-03108 |
|     Plaintiff and Appellee, | |
| v. | |
| George Q. Chen, Cynthia Wong, | STIPULATED EXTENSION OF BRIEFING SCHEDULE AND ORDER THEREON |
|     Defendants and Appellants. | |

Appellants George Q. Chen and Cynthia Wong and Appellee E. Lynn Schoenmann, as Trustee of the Chapter 7 Estate of George Q. Chen, by and through their counsel of record, hereby stipulate as follows.

The parties having stipulated to a correction of the briefing schedule such that

    1. Appellants' opening brief be filed and served on or

STIPULATED EXTENSION OF BRIEFING SCHEDULE AND ORDER THEREON     1

```
 1  before May 17, 2010.
 2      2.  Appellee's brief be filed on or before June 14, 2010.
 3      3.  Appellants' reply brief be filed on or before June 28,
 4  2010.
 5      The parties hereby stipulate to a 10 day extension of the
 6  previous briefing schedule such that:
 7      1.  Appellants' opening brief be filed and served on or
 8  before May 27, 2010.
 9      2.  Appellee's brief be filed on or before June 24, 2010.
10      3.  Appellants' reply brief be filed on or before July 8,
11  2010.
12      This stipulation is without prejudice to either side's
13  right to seek further extensions for good cause shown.
14
15  Dated:  5/24/2010          /s/ John Chu
                               Corporate Counsel Law Group, LLP
16                             By: John Chu
                               Attorneys For Appellants
17
18  Dated:  5/24/2010          /s/ Michele Thompson
                               Meyers Law Group, P.C.
19                             By: Michele Thompson
                               Attorneys For Appellee
20
21
22      I hereby attest that I have on file all holograph signatures
23  for any signatures indicated by a "conformed" signature (/S/)
24  within this efiled document.
25
26
    Dated:  5/27/2010          /s/ John Chu
27                             John Chu
28
```

STIPULATED EXTENSION OF BRIEFING SCHEDULE AND ORDER THEREON                2

ORDER

The parties have so stipulated, the briefing schedule set forth in their stipulation is hereby adopted as an order of this Court.

Dated: June 3, 2010

_Jeffrey S. White_
Jeffrey S. White
United States District Judge