MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
MICHELE THOMPSON, ESQ., CA BAR #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Appellee E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GEORGE QUINN CHEN,<br><br>    Debtor.<br><br>---<br><br>E. LYNN SCHOENMANN, as Trustee of the Chapter 7 Estate of George Quinn Chen, Debtor,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE QUINN CHEN, an individual, CYNTHIA WONG, an individual, SHANGHAI 1930 LLC, a California limited liability company, and SHANGHAI 1930 RESTAURANT PARTNERS, L.P., a California limited partnership,<br><br>    Defendants. | Case No. CV-10-00146-JSW<br><br>Chapter 7<br><br><br><br>Bankruptcy Court<br>Adversary No. 07-03108 |

**STIPULATED EXTENSION OF BRIEFING SCHEDULE AND ORDER THEREON**

This stipulation is entered into by and between Appellants George Q. Chen and Cynthia Wong and Appellee E. Lynn Schoenmann, as Trustee of the Chapter 7 Estate of George Q. Chen, by and through their counsel of record.

The parties having stipulated to a correction of the briefing schedule such that:

1. Appellants' opening brief was filed and served on or before May 27, 2010.

---

1
STIPULATED EXTENSION OF BRIEFING SCHEDULE AND ORDER THEREON
9984.0001/25447

2. Appellee's brief to be filed on or before July 8, 2010.

3. Appellants' reply brief to be filed on or before July 22, 2010.

The parties hereby further stipulate to a 15-day extension of the previous briefing schedule such that:

1. Appellants' opening brief was filed and served on or before May 27, 2010.

2. Appellee's brief to be filed on or before July 23, 2010.

3. Appellants' reply brief to be filed on or before August 6, 2010.

This stipulation is without prejudice to either side's right to seek further extensions for good cause shown.

Dated: 7/8/2010

/s/ John Chu
Corporate Counsel Law Group, LLP
By: John Chu
Attorneys For Appellants

Dated: 7/8/2010

/s/ Michele Thompson
Meyers Law Group, P.C.
By: Michele Thompson
Attorneys For Appellee

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: 7/8/2010

/s/ Michele Thompson
Meyers Law Group, P.C.
By: Michele Thompson
Attorneys For Appellee

ORDER

The parties have so stipulated, the briefing schedule set forth in their stipulation is hereby adopted as an order of this Court.

Dated: July 13, 2010

Jeffrey S. White
United States District Judge