```
CORPORATE COUNSEL LAW GROUP, LLP
JOHN CHU (#104302)
25 Kearny Street, Suite 302
San Francisco, CA 94108
Telephone 415-989-5300
Fax 415-788-4315

Attorneys For Defendants
and Appellants
George Q. Chen, Cynthia Wong
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>George Q. Chen,<br><br>    Debtor.<br>_____<br><br>E. Lynn Schoenmann, as Trustee<br>of the Chapter 7 Estate of<br>George Q. Chen,<br><br>    Plaintiff and Appellee,<br><br>    v.<br><br>George Q. Chen, Cynthia Wong,<br><br>    Defendants and Appellants.<br>_____ | Case No. CV-10-00146-JSW<br><br><br><br><br><br>Bankruptcy Court<br>Adversary No. 07-03108<br><br><br><br><br><br><br><br>STIPULATED EXTENSION OF<br>BRIEFING SCHEDULE AND ORDER<br>THEREON |

    Appellants George Q. Chen and Cynthia Wong and Appellee E. Lynn Schoenmann, as Trustee of the Chapter 7 Estate of George Q. Chen, by and through their counsel of record, hereby stipulate that the filing and service deadline for Appellants' reply brief, currently August 6, 2010, be extended to August 20, 2010.

    This stipulation is without prejudice to Appellants' right to seek further extensions for good cause shown.

STIPULATED EXTENSION OF BRIEFING SCHEDULE AND ORDER THEREON    1

```
1
2    Dated:   8/05/2010              /s/ John Chu
                                     Corporate Counsel Law Group, LLP
3                                    By: John Chu
                                     Attorneys For Appellants
4
5    Dated:   8/06/2010              /s/ Michele Thompson
                                     Meyers Law Group, P.C.
6                                    By: Michele Thompson
                                     Attorneys For Appellee
7
8
9       I hereby attest that I have on file all holograph signatures
10   for any signatures indicated by a "conformed" signature (/S/)
11   within this efiled document.
12
13
     Dated:   8/12/2010              /s/ John Chu
14                                   John Chu
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

<u>ORDER</u>

The parties have so stipulated, the briefing schedule set forth in their stipulation is hereby adopted as an order of this Court.

Dated: August 12, 2010

*Jeffrey S. White*
Jeffrey S. White
United States District Judge