1  CORPORATE COUNSEL LAW GROUP, LLP
   JOHN CHU (#104302)
2  25 Kearny Street, Suite 302
   San Francisco, CA 94108
3  Telephone 415-989-5300
   Fax 415-788-4315
4
   Attorneys For Defendants
5  and Appellants
   George Q. Chen, Cynthia Wong
6

7

8

9

10                    UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

12  In re                          )  Case No. CV-10-00146-JSW
                                    )
13  George Q. Chen,                 )
                                    )
14         Debtor.                  )
    _____ )
15                                  )
    E. Lynn Schoenmann, as Trustee  )  Bankruptcy Court
16  of the Chapter 7 Estate of      )  Adversary No. 07-03108
    George Q. Chen,                 )
17                                  )
           Plaintiff and Appellee,  )
18                                  )
              v.                    )
19                                  )  STIPULATED EXTENSION OF
    George Q. Chen, Cynthia Wong,   )  BRIEFING SCHEDULE AND ORDER
20                                  )  THEREON
           Defendants and Appellants.)
21  _____ )

22       Appellants George Q. Chen and Cynthia Wong and Appellee E.

23  Lynn Schoenmann, as Trustee of the Chapter 7 Estate of George Q.

24  Chen, by and through their counsel of record, hereby stipulate

25  that the filing and service deadline for Appellants' reply brief,

26  currently August 20, 2010, be extended to August 27, 2010.

27       This stipulation is without prejudice to Appellants' right

28  to seek further extensions for good cause shown.

1

2   Dated:___8/20/2010_____          /s/ John Chu_____
                                      Corporate Counsel Law Group, LLP
3                                     By: John Chu
                                      Attorneys For Appellants
4

5   Dated:___8/24/2010_____          /s/ Michele Thompson_____
                                      Meyers Law Group, P.C.
6                                     By: Michele Thompson
                                      Attorneys For Appellee
7

8

9        I hereby attest that I have on file all holograph signatures

10  for any signatures indicated by a "conformed" signature (/S/)

11  within this efiled document.

12

13
    Dated:___8/24/2010_____          /s/ John Chu_____
14                                     John Chu

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                ORDER

2          The parties have so stipulated, the briefing schedule set

3     forth in their stipulation is hereby adopted as an order of this

4     Court.

5

6     Dated: August 26, 2010          _____

7                                     Jeffrey S. White
                                      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28